United States District Court
Southern District of Texas
**ENTERED**
April 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESUS J. MEDINA, | § |
| | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:19-CV-3253 |
| | § |
| LTD FINANCIAL SERVICES, L.P., | § |
| | § |
| Defendant. | § |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

The Court has determined that this case is appropriate for referral to Magistrate Judge Frances H. Stacy to conduct all further proceedings, including the issuance of a Memorandum and Recommendation on any dispositive motions of the parties. It is therefore

**ORDERED** that this case is **TRANSFERRED** to United States Magistrate Frances H. Stacy for all pretrial matters to include the issuance of a Memorandum and Recommendation on any dispositive motions.

SIGNED at Houston, Texas, this 10th day of April 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE