United States District Court
Southern District of Texas
**ENTERED**
July 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JESUS J. MEDINA,                          §
                                          §
         Plaintiff,                       §
VS.                                       §      CIVIL ACTION NO. 4:19-CV-3253
                                          §
LTD FINANCIAL SERVICES, L.P.,             §
                                          §
         Defendant.                       §

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendant's Motion to Dismiss Plaintiff's First Amended Verified Complaint (Doc. No. 11) in which Defendant seeks dismissal of three of the four claims Plaintiff has asserted; Plaintiff's Response in opposition (Doc. No. 13); Defendant's Reply (Doc. No. 14); and Judge Stacy's Memorandum and Recommendation (Doc. No. 19 and 20 (a duplicate of No. 19)). The parties did not object to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that Plaintiff failed to allege plausible claims under sections 1692e, 1692f and 1692g of the Fair Debt Collection Practices Act (FDCPA). Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 20) is **ADOPTED**. It is further

**ORDERED** that Plaintiff's claims under sections 1692e, 1692f and 1692g of the Fair

Debt Collection Practices Act (FDCPA) are **DISMISSED** with prejudice for failure to state a

claim. Plaintiff's claims under sections 1692c(a)(1) and 1692d remain pending.

SIGNED at Houston, Texas, this _____21st_____ day of July 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE